Adam C. Brown (SBN 161951)
Janet K. Haines (SBN 242374)
Brown & Associates
A Professional Law Corporation
11140 Fair Oaks Blvd., Suite 100
Fair Oaks, California 95628

Attorneys for Plaintiff
Allianz Global Corporate
& Specialty AG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLIANZ GLOBAL CORPORATE & SPECIALTY AG, a foreign business entity,<br><br>Plaintiff,<br><br>vs.<br><br>EMO TRANS CALIFORNIA, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C 09-04893 EDL<br><br>[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE<br><br>Date: January 19, 2010<br>Time: 3:00 p.m.<br>Courtroom: E, 15th Floor, SF<br>Judge: Elizabeth D. Laporte |

On the Stipulation of Counsel and for good cause appearing therefore:

IT IS ORDERED that the Case Management Conference be continued to February 23, 2010, at ~~3:00 p.m.~~ at 10:00 a.m. A joint case management statement shall be filed no later than February 16, 2010.

IT IS SO ORDERED.

Dated: December 22, 2009

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

[Proposed] Order Continuing the Case Management Conference
C 09-04893 EDL