# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ GLOBAL CORPORATE & SPECIALTY AG, etc,<br><br>Plaintiff,<br><br>v.<br><br>EMO TRANS CALIFORNIA, INC., etc., et al.,<br><br>Defendants. | Case No.: 09-CV-04893-EDL<br><br>[~~PROPOSED~~] ORDER RE STIPULATION RE THIRD-PARTY COMPLAINT |

On the Stipulation of Counsel and good cause appearing therefor:

IT IS ORDERED that the Third-Party Complaint of defendant EMO Trans California, Inc., against Air China is hereby accepted for filing without need of a formal Motion for Leave under Federal Rule of Civil Procedure 14(a).

IT IS SO ORDERED.

Dated: January 13, 2010

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

22230_1.DOC