IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ GLOBAL CORPORATE & SPECIALTY AG,<br><br>             Plaintiff,<br><br>    v.<br><br>EMO TRANS CALIFORNIA, INC., et al.,<br><br>             Defendants.<br>                                                              / | No. C-09-04893  (EDL)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

     An initial Case Management Conference is currently set in this matter for February 23, 2010. In the parties' Joint Case Management Statement, they state that Defendant Emo Trans California Inc. has filed a third party complaint against Air China, and Air China has been given until March 2, 2010 to respond to the third party complaint.  In the interest of efficiency for the Court and the parties, the initial Case Management Conference is hereby continued from February 23, 2010 to March 16, 2010 in order to allow Air China time to appear and determine whether it will consent to this Court's jurisdiction.  If Air China appears and consents to this Court's jurisdiction, the parties are hereby ordered to file an updated Joint Case Management Conference Statement suggesting a mutually agreeable trial date and case deadlines by no later than March 9, 2010.

     **IT IS SO ORDERED.**

Dated: February 18, 2010

                                                                     ELIZABETH D. LAPORTE
                                                                     United States Magistrate Judge