1  Michael A. Hession (State Bar No.: 219103)
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 365-9800
4  Facsimile:  (415) 365-9801
5  Email:  michael.hession@clydeco.us

6
   Attorneys for Third-Party Defendant
7  AIR CHINA

8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | ALLIANZ GLOBAL CORPORATE & | Case No. 3:09-cv-04893 (MHP)
12 | SPECIALTY AG, a foreign business | **ORDER [PROPOSED]**
   | entity,
13 |
   |         Plaintiff,
14 |                                  | DATE:   March 29, 2010
   |                                  | TIME:   2:00 p.m.
15 |    v.                            | DEPT:   15
   |                                  | JUDGE:  Hon. Marilyn Hall
16 | EMO TRANS CALIFORNIA, INC., a   |         Patel
   | California corporation and DOES 1
17 | through 25, inclusive,
18 |
   |         Defendants,
19 |
20 | EMO TRANS CALIFORNIA, INC.
21 |        Third-Party Plaintiffs,
22 |    v.
23 | AIR CHINA,
24 |        Third-Party Defendant.
25

26
27         This matter, having come before the Court on the motion of Third-Party
28 Defendant Air China for an Order seeking leave to: (1) shorten time for hearing on

                              ORDER [PROPOSED]
                                                              3:09-cv-04893 (MHP)

1  Air China's Motion for Leave to File a Motion to Dismiss; and (2) file a Motion to
2  Dismiss prior to the April 26, 2010 Initial Case Management Conference, on notice
3  to Plaintiff, Third Party Plantiff and the Court, and Plaintiff and Third-Party
4  Plaintiff having no opposition thereto, for good cause shown;

5  It is on this _____ day of March, 2010;

6  **ORDERED** that

7  (a)  the Time for the hearing on Third-Party Plaintiff's Motion for Leave to
8  File a Motion to Dismiss to is shortened to March 29, 2010; and

9  (b)  Third-Party Defendant's Motion for Leave to file a Motion to Dismiss
10 prior to the Initial Case Management Conference is GRANTED.  The briefing
11 schedule on the Motion to Dismiss shall be as follows:

| Motion to Dismiss | March 15, 2010 |
| --- | --- |
| Opposition Brief | April 12, 2010 |
| Reply Brief | April 19, 2010 |
| Hearing Date | May 3, 2010 |

17  IT IS SO ORDERED.

19  DATED: March _25_, 2010



HON. _____ H. PATEL

*DENIED WITHOUT PREJUDICE*
Judge Marilyn H. Patel

## PROOF OF SERVICE

### STATE OF CALIFORNIA
### COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105. On March 22, 2010, I served the document(s) described as:

### AIR CHINA'S ORDER [PROPOSED]

on the party(s) in this action as follows:

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ (BY MAIL): as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☒ (BY ELECTRONIC FILING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM), which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

**Janet Kay Haines**
Brown & Associates
Counsel for Plaintiff
11140 Fair Oaks Blvd #100
Fair Oaks, CA 95628
916-859-4910
Email: janet@brnlaw.com

**Barton Samuel Selden**
Gartenberg Gelfand Wasson & Selden LLP
Counsel for Defendant/Third-Party Plaintiff
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
415-788-6230
Fax: 415-788-7009
Email: bselden@ggwslaw.com

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

**Nicholas E. Pantelopoulos**
Kaplan Massamillo & Andrews, LLC
Counsel for Defendant/Third-Party Plaintiff
70 East 55th Street, 25th Floor
New York, NY 10022
(212) 922-0450
Fax: (212) 922-0530

I declare I am a member of the bar of this court.

Executed on March 22, 2010, at San Francisco, California.

_____
Michael Hession

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

-4-
ORDER [PROPOSED]

199195v1                                    3:09-cv-04893 (MHP)