1  ADAM C. BROWN (SBN 161951)
   **BROWN & ASSOCIATES**
2  **A Professional Law Corporation**
   11140 Fair Oaks Boulevard, Suite 100
3  Fair Oaks, CA 95628
   Telephone:   (916) 859-4910
4  Facsimile:   (916) 859-4911

5  Attorneys for Allianz Global Corporate
   & Specialty AG

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ GLOBAL CORPORATE & SPECIALTY AG, a foreign business entity, | CASE NO. CV 09-4893 MHP |
| Plaintiff, | [~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL |
| v. | |
| EMO TRANS CALIFORNIA, INC., a California corporation and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the parties, and good cause having been shown, this entire action is dismissed, with prejudice with all parties to bear their own attorneys' fees and costs.

Date: 8/31/10

_____
UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL